UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RONALD JOHNSON                                   CIVIL ACTION

VERSUS                                           NO: 08-923

CAPTAIN KREGER, ET AL.                           SECTION: R(1)

**ORDER**

Having reviewed *de novo* the complaint, the applicable law, and the Magistrate Judge's Report and Recommendation, the Court approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly, it is ordered that plaintiff's claim be DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 22nd day of September, 2008

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE